

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2016

No. 04-16-00715-CV

**IN THE INTEREST OF M.L.D.R.E. AND D.A.E.**,

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3147-CCL
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

Appellant has filed a notice of appeal in which appellant uses the full names of minors in violation of Rules 9.8 and 9.9. *See* TEX. R. APP. P. 9.8, 9.9. We therefore order appellant to (1) file an amended notice of appeal in the trial court that complies with Rules 9.8 and 9.9 by November 3, 2016; (2) ensure that only the amended notice appeal is included in the clerk's record; and (3) refrain from using the minors' names in the appellant's brief or attaching exhibits to the appellant's brief that are not redacted in compliance with these rules.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2016.

_____
Keith E. Hottle
Clerk of Court